FILED: August 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1673
(5:12-cv-00113-FL)

_____

MARIO PETRUZZO; JEFFREY BUSH; KIMBERLY BUSH

      Plaintiffs - Appellants

v.

HEALTHEXTRAS, INCORPORATED; CATAMARAN HEALTH SOLUTIONS, LLC, f/k/a Catalyst Health Solutions, Incorporated; ALLIANT INSURANCE SERVICES, INCORPORATED; ALLIANT SERVICES HOUSTON, INCORPORATED; NATIONAL UNION FIRE INSURANCE COMPANY, d/b/a National Union Fire Insurance Company of Pittsburgh, Pennsylvania, a member of American International Group, Inc. (AIG); VIRGINIA SURETY COMPANY

      Defendants - Appellees

 and

HEALTHEXTRAS BENEFITS ADMINISTRATORS, INCORPORATED; HEALTHEXTRAS INSURANCE AGENCY, INCORPORATED; ALLIANT INSURANCE SERVICES HOUSTON, INCORPORATED, f/k/a Capital Risk, LLC, f/k/a Jardine Lloyd Thompson, LLC; GROUP INSURANCE TRUST, d/b/a AIG Group, for the Account of HealthExtras; HEALTHEXTRAS, LLC

      Defendants

_____

## O R D E R

_____

The court grants an extension of the briefing schedule as follows:

    Response brief due: 10/14/2015

Any reply brief: 14 days from service of response brief.

                                For the Court--By Direction

                                /s/ Patricia S. Connor, Clerk