# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 17, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.   15-1673,     <u>Mario Petruzzo v. HealthExtras, Incorporated</u>
                   5:12-cv-00113-FL

TO:    Roger L. Mandel

FILING CORRECTION DUE:  **November 20, 2015**

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event used. Please refile reply brief using [**Brief filed and select type of brief from dropdown menu**].

Barbara H. Rowe, Deputy Clerk
804-916-2704